JOHANNA BRENNAN, as Sole Administratrix of the Estate of HUGH BRENNAN, Deceased, Respondent, *v.* THE TRUSTEES OF THE VILLAGE OF BATH, Appellant.

*Brennan* v. *Trustees of Village of Bath*, 162 App. Div. 932, affirmed.

(Argued June 14, 1916; decided July 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 29, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant in failing to properly maintain a sidewalk and barrier on a street adjacent to a millpond. It was claimed that upon the night plaintiff's intestate met his death he stepped

into a place in the sidewalk where the top of the bank had crumbled away, slid down into the pond and was drowned.

*James McCall* for appellant.

*Warren J. Cheney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK. HOGAN, SEABURY and POUND, JJ.